AO 91 (Rev. 11/11) Criminal Complaint                               AUSA Asheeka Desai (312) 886-2050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ADOLFO ISMAEL ENRIQUEZ-OROZCO

CASE NUMBER: 25 CR 336

**FILED**
6/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true and correct to the best of my knowledge and belief.

On or about June 18, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, ADOLFO ISMAEL ENRIQUEZ-OROZCO, defendant herein, violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4). | being an alien who previously had been deported and removed from the United States on or about July 13, 2023, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Luis A Vargas-Alvarado*
LUIS VARGAS-ALVARADO
Deputy United States Marshal
United States Marshal's Service (USMS)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: June 25, 2025                                        *Maria Valdez*
                                                                          *Judge's signature*

City and state: Chicago, Illinois                          Hon. Maria Valdez, U.S. Magistrate Judge
                                                                          *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, LUIS VARGAS-ALVARADO, being duly sworn, state as follows:

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS") and have been so employed for six years. My current responsibilities include the investigation of violations of the Adam Walsh Child Protection and Safety Act and the location and apprehension of non-compliant and fugitive sex offenders. I also work in conjunction with other law enforcement agencies in reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration-related laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2. I submit this affidavit in support of a criminal complaint alleging that ADOLFO ISMAEL ENRIQUEZ-OROZCO has violated Title 8, United States Code, Section 1326(a), by being present and found in the United States after having been deported and removed, and is subject to the enhanced penalty provision set forth in Title 8, United States Code, Section 1326(b)(2) because he previously was deported following conviction for a felony. Because I submit this affidavit for the limited purpose of establishing probable cause in support of a criminal complaint charging ENRIQUEZ-OROZCO with illegal reentry, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that ENRIQUEZ-OROZCO committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge; information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit; and my review of records maintained by Immigration and Customs Enforcement ("ICE"), other components of the Department of Homeland Security ("DHS"), and other government agencies.

4. According to DHS records, ENRIQUEZ-OROZCO is a native and citizen of Guatemala and has no claim to United States citizenship or lawful residence. DHS records reflect that ENRIQUEZ-OROZCO was born in Guatemala in 1988 and originally entered the United States on or about June 1, 2009 at or near the La Guardia Airport in Queens, New York, as a nonimmigrant authorized to remain in the United States for a temporary period not to exceed August 31, 2009.

5. DHS records further reflect that ENRIQUEZ-OROZCO remained in the United States beyond August 31, 2009 without authorization from the Immigration and Naturalization Service or DHS.

6. Records maintained by the United States District Court for the Southern District of Texas reflect that on or about October 31, 2022, ENRIQUEZ-OROZCO was convicted of Transportation of an Undocumented Alien under Title 8, United States Code, Section 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), and (a)(1)(B)(ii). *See United States v. Adolfo Ismael Enriquez-Orozco*, No. 2:22CR00544-001 (S.D. Tex. 2022). On or about January 25, 2023, ENRIQUEZ-OROZCO was sentenced to twelve months and one day of imprisonment, followed by two years of supervised release. *Id.*

7. Records maintained by the United States District Court for the Southern District of Texas reflect that on or about June 16, 2023, ENRIQUEZ-OROZCO was released from imprisonment and began his two-year term of supervised release.

8. DHS records reflect that on or about June 16, 2023, ENRIQUEZ-OROZCO was transferred to ICE custody and transported to the Dallas Field Office for processing. At the Dallas Field Office, ENRIQUEZ-OROZCO's fingerprints were entered into a law enforcement database.

9. DHS records reflect that on or about June 28, 2013, ENRIQUEZ-OROZCO was ordered removed to Guatemala. On or about July 13, 2023, ENRIQUEZ-OROZCO was removed from the United States to Guatemala at or near Dallas, Texas. According to DHS Form I-862, ENRIQUEZ-OROZCO was subject to removal from the United States based, in part, on his conviction for Transportation of an Undocumented Alien in the Southern District of Texas. ENRIQUEZ-OROZCO's photograph appears on the DHS Forms I-205 and I-213 associated with this removal.

10. DHS records further reflect that since his last removal, ENRIQUEZ-OROZCO has not applied for nor received permission from the Secretary of DHS to re-enter the United States.

11. According to records from the Chicago Police Department ("CPD"), on or about April 11, 2025, ENQRIQUEZ-OROZCO was arrested by CPD in Chicago, Illinois, for Battery. Following this arrest, United States Probation Officer Amelia Vega petitioned the United States District Court for the Southern District of Texas for the issuance of a warrant or summons for ENRIQUEZ-OROZCO, based on suspected violations of his supervised release conditions.

3

12. On or about May 30, 2025, United States District Judge David S. Morales issued a warrant for ENRIQUEZ-OROZCO's arrest in connection with the alleged supervised release violations.

13. Subsequently, on or about June 18, 2025, federal law enforcement officers arrested ENRIQUEZ-OROZCO pursuant to the federal warrant. During processing, I reviewed ENRIQUEZ-OROZCO's Illinois driver's license, which displayed a photograph and birthdate. ENRIQUEZ-OROZCO was also fingerprinted in connection with this arrest.

14. A review of DHS records indicates that ENRIQUEZ-OROZCO's photograph on the DHS Forms I-205 and I-213 associated with his July 13, 2023 removal appears to match both his current physical appearance and the photograph on his Illinois driver's license that I reviewed on or about June 18, 2025.

15. A review of DHS records also indicates that ENRIQUEZ-OROZCO's birthdate found in his alien file ("A-File") matches his birthdate found on his Illinois driver's license that I reviewed on or about June 18, 2025.

16. Additionally, on or about June 18, 2025, ENRIQUEZ-OROZCO appeared before United States Magistrate Judge Jeffrey Gilbert in the Northern District of Illinois for an initial appearance regarding ENRIQUEZ-OROZCO's alleged supervised release violations. *See United States v. Adolfo Ismael Enriquez-Orozco*, No. 2:22CR00544-001 (S.D. Tex. 2022). ENRIQUEZ-OROZCO waived his right to an identity hearing, further confirming his identity as the ENRIQUEZ-OROZCO who was convicted and sentenced in the Southern District of Texas.

17. Finally, I submitted the fingerprints of the individual arrested on or about June 18, 2025 to a law enforcement database, which confirmed a match to fingerprints previously entered into the system on or about June 16, 2023 at the ICE Dallas Field Office, belonging to ENRIQUEZ-OROZCO.

18. Based upon the foregoing, I respectfully submit that there is probable cause to believe that on or about June 18, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, ADOLFO ISAMEL ENRIQUEZ-OROZCO, an alien who previously had been removed from the United States on or about July 13, 2023, was present and found in the United States without previously having obtained the express consent of the Secretary of DHS for reapplication by defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

*Luis A Vargas-Alvarado*
LUIS VARGAS-ALVARADO
Deputy United States Marshal
United States Marshal Service

SWORN TO AND AFFIRMED by telephone June 25, 2025.

*Maria Valdez*
Honorable MARIA VALDEZ
United States Magistrate Judge

5